**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6906**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

WILLIAM TERRENCE CROSS, a/k/a Red,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:03-cr-00010-RBS-1)

Submitted: October 16, 2014      Decided: October 22, 2014

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Terrence Cross, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Terrence Cross appeals the district court's orders denying his motions made under Fed. R. Civ. P. 60(b)(6) seeking a ruling on the court's subject matter jurisdiction over his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. United States v. Cross, No. 2:03-cr-00010-RBS-1 (E.D. Va. filed June 2 & entered June 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED